# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0298
LT Case No. 2012-CF-009661-A
_____

KYLE JAMAR WALKER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Kyle Jamar Walker, Mayo, pro se.

James Uthmeier, Attorney General, and Steven E. Woods,
Assistant Attorney General, Tallahassee, for Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____